## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Haddrick BYRD, Petitioner**

**No. 526 EAL 2016**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal and Post–Submission Communication under Pa.R.A.P. 2501(a) are **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Phillip WOLF, Petitioner**

**No. 56 EAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Clark HENDERSON, Petitioner**

**No. 523 EAL 2016**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Rafael JONES, Petitioner**

**No. 15 EAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017